# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0104.  DERRIC DESHAWN CANTRELL v. THE STATE.

In 2010, Derric Deshawn Cantrell pleaded guilty to two counts of selling cocaine.  The trial court sentenced Cantrell to serve six years in confinement followed by nine years of probation. Cantrell's probation was subsequently revoked in full in April 2016.  Thereafter, Cantrell filed his "Motion to Vacate Void and Illegal Sentencing." The trial court denied the motion, and Cantrell filed this direct appeal. We, however, lack jurisdiction.

In construing pleadings, substance controls over nomenclature. *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010).  In his motion, Cantrell challenges the revocation of his probation. Because the underlying subject matter of Cantrell's appeal is the revocation of his probation, he was required to file an application for discretionary appeal to obtain review in this Court. See OCGA § 5-6-35 (a) (5), (b); *Jones v. State*, 322 Ga. App. 269, 269, n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/04/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*